OPINION — AG — ** BANKING — BRANCH BANKING — EFFECTIVE DATE OF STATUTE ** BECAUSE THE AUTHORITY TO ESTABLISH BRANCH BANKS DOES 'NOT' BECOME EFFECTIVE UNTIL OCTOBER 1, 1983, THE OKLAHOMA BANKING BOARD IS NOT LAWFULLY AUTHORIZED TO APPROVE APPLICATIONS FOR BRANCH BANKS PRIOR TO THAT DATE. (BANKS, OKLAHOMA BANKING BOARD, APPLICATIONS FOR BRANCHES, STATUTES, LEGISLATION) CITE: 6 O.S. 415 [6-415], 6 O.S. 415 [6-415](4) (BETTY ELROD HUNTER)